UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERT MAZZONI, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:19-CV-00373-JRG-DCP |
| ) | |
| SYNCHRONY FINANCIAL and ) | |
| SYNCHRONY BANK, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This matter is before the Court on the parties' Second Status Report [Doc. 21]. Within six months of this Order's date, the parties **SHALL** file a third joint status report in which they address the progress of the arbitration proceedings.

So ordered.

ENTER:

                                                                                s/J. RONNIE GREER
                                                UNITED STATES DISTRICT JUDGE