UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| ROBERTO MAZZONI, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-CV-00373-JRG-DCP |
| | ) |
| SYNCHRONY FINANCIAL | ) |
| and SYNCHRONY BANK | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff and the Defendants, by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, of each claim and count therein asserted by Plaintiff against Defendants in the above-styled action, with Plaintiff and Defendants to bear their own fees, costs, and expenses.

Respectfully submitted this 6th day of August, 2021.


/s     Brent S. Snyder
Brent S. Snyder, BPR #21700
Counsel for Plaintiff
2125 Middlebrook Pike
Knoxville TN 37921
(865)546-2141
brentsnyder77@gmail.com
Attorney for Plaintiff


s/     Brandon Criswell
Brandon Criswell, BPR #36774
900 S. Gay Street, Suite 800
Knoxville, TN 37902

(865)521-3019
Attorney for Defendants

## CERTIFICATE OF SERVICE

    I hereby certify that on August 6, 2021 a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic case filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic case filing system.

                                       s/      Brent S. Snyder
                                       Brent S. Snyder, Attorney for Plaintiff